Daniel M. Livingston, Bar No. 105981
Benjamin A. Nix, Bar No. 138258
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
(949) 851-1100
dml@paynefears.com
ban@paynefears.com

David W. Tufts, Bar No. 180817
DURHAM, JONES & PINEGAR, P.C.
111 So. Main, Suite 2400
Salt Lake City, Utah 84111
Tel: (801) 415-3000
dtufts@djplaw.com

Attorneys for Defendants Mophie, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL YOUNG, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>MOPHIE, INC.,<br><br>Defendants. | Case No. 8:19-cv-00827-JVS-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 8, 2019<br>Current response date: May 29, 2019<br>New response date: June 26, 2019<br><br>Judge James V. Selna<br>Mag. Judge Douglas F. McCormick |

Pursuant to Local Rule 8-3, and Fed. R. Civ. P. 6, Plaintiff Michael Young, by and through counsel, and Defendant Mophie, Inc., by and through counsel, hereby stipulate to an extension as follows:

1. On May 2, 2019, Plaintiff Michael Young ("Plaintiff") filed his initial complaint in this action.

2. On May 8, 2019, Plaintiff served the summons and complaint on defendant Mophie, Inc. ("Mophie").

1  3. The deadline for Mophie to file its response to Plaintiff's initial complaint pursuant
2  to Fed. R. Civ. P. 12(a)(1)(A)(1) is May 29, 2019.

3  4. Pursuant to L.R. 8-3, the parties stipulate to extend the deadline for Mophie to file
4  its response to Plaintiff's initial complaint until June 26, 2019.

5  5. There have been no prior stipulations extending this deadline.

6  6. This stipulation does not extend the deadline for more than a cumulative total of
7  thirty (30) days from the date the response initially would have been due.

8  IT IS SO STIPULATED.

9  Dated: May 29, 2019  */s/ David W. Tufts*

10  DURHAM JONES & PINEGAR, P.C.
    David W. Tufts

11
12  PAYNE & FEARS LLP
    Daniel M. Livingston
    Benjamin A. Nix

13
14  Attorneys for Defendant Mophie, Inc.

15  Dated: May 29, 2019  */s/ Joseph C. Hashmall\**

16  BROWN NERI SMITH & KHAN LLP
    Nathan M. Smith
17  Nona Yegazarian

18  FINKELSTEIN, BLAKINSHIP, FREI-PEARSON & GARBER, LLP
    D. Greg Blankinship
19  Sara K. Bonaiuto

20  BERGER MONTAGUE PC
    E. Michelle Drake
21  Joseph C. Hashmall

22  Attorneys for Plaintiff Michael Young

23  *\*signature affixed with permission of counsel*

24
25
26
27
28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

SLC_4298061

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury as follows: I am employed in the office of a member of the Bar of this Court at whose direction the service was made. My business address is Durham Jones & Pinegar, P.C., 111 S. Main St., Suite 2400, Salt Lake City, Utah 84111.

On May 29, 2019, I electronically filed the foregoing document with the Clerk of the Court the Clerk of the Court using its CM/ECF System, which electronically provides notification of such filing to all counsel of record in this action.

Executed in Salt Lake City, Utah on May 29, 2019.

*/s/ Kristin Hughes*
Kristin Hughes

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

-3-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)
SLC_4298061