BROWN, NERI, SMITH & KHAN LLP
Nathan M. Smith (SBN 255212)
Nona Yegazarian (SB 316458)
11601 Wilshire Blvd, Suite 2080
Los Angeles, CA 90025
T. 310.593.9890; F. 310.593.9980
nate@bnsklaw.com; nona@bnsklaw.com

E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5999; F. 612.584.4470
emdrake@bm.net; jhashmall@bm.net

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
D. Greg Blankinship*
Sara Bonaiuto*
445 Hamilton Ave, Suite 605
White Plains, NY 10601
T. 914.298.3290
gblankship@fbfglaw.com
sbonaiuto@fbfglaw.com
*pro hac vice forthcoming

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YOUNG, and DAN DOLAR, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MOPHIE, INC.,<br><br>Defendant. | Case No. 8:19-cv-00827-JVS-DFM<br><br>**PLAINTIFFS' MOTION FOR RELIEF FROM L.R. 23-3 DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: July 15, 2019<br>Time: 1:30 PM<br>Location: Courtroom 10C, Santa Ana<br>Judge: Hon. James V. Selna<br><br>Complaint served: May 8, 2019 |

Plaintiffs Michael Young and Dan Dolar ("Plaintiffs"), individually and on behalf of all others similarly situated, hereby file this motion to defer the requirement under L.R. 23-3 that a motion for class certification be filed within 90 days of service of the Complaint. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 7, 2019.

## I.  BACKGROUND

The initial Complaint was filed in this case on May 2, 2019. (ECF No. 1.) Plaintiff Michael Young and Defendant Mophie, Inc. ("Defendant") (together with Plaintiffs, "the Parties") agreed to enter into a stipulation extending the deadline for Defendant to respond to the Complaint. (ECF No. 19.) This stipulation extends the deadline to June 26, 2019. Plaintiff Michael Young filed the First Amended Complaint on June 13, 2019 (ECF No. 22), adding Plaintiff Dan Dolar and his additional claims. Defendant's deadline to respond to the First Amended Complaint is now June 28, 2019 pursuant to the Federal Rules.

Local Rule 23-3 states the following:

> **Certification.**
>
> Within 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995, P.L. 104-67, 15 U.S.C. § 77z-1 et seq., the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court.

Under L.R. 23-3, Plaintiffs must file a motion for class certification by July 31, 2019, "unless otherwise ordered by the court."

## II.  ARGUMENT

This is a proposed class action, and Plaintiffs will be seeking certification under Federal Rule of Civil Procedure 23. Therefore, a motion for class certification is premature before any meaningful discovery has been completed. *See ABS*

*Entertainment, Inc. v. CBS Corp.*, 900 F.3d 1113 (9th Cir. 2018) (holding that L.R. 23-3 is impracticable and not consistent with Federal Rule of Civil Procedure 23); *Balser v. Hain Celestial Grp., Inc.*, 640 F. App'x 694, 696 (9th Cir. 2016) (citing *Wal–Mart Stores, Inc. v. Dukes*, 56 4 U.S. 338 (2011)).

Here, the Parties have not exchanged any discovery to date and the Rule 16 Conference before this Court is not scheduled until July 29, 2019. Completing discovery in time to meet the current July 31, 2019 class certification motion deadline is not possible. Accordingly, Plaintiffs respectfully request that this Court declare L.R. 23-3 inapplicable to this case. Counsel for Plaintiffs communicated the need for this request to Defendant, but Defendant did not consent to the relief requested.

## III. CONCLUSION

Based on the foregoing reasons, Plaintiffs respectfully requests this Court declare 23-3 inapplicable to this case and vacate the deadline. The Parties shall confer and include a proposed schedule for the matter in accordance with Local and Federal Rules.

Dated: June 14, 2019

BERGER MONTAGUE PC

By: */s/*Joseph C. Hashmall

Joseph C. Hashmall (*pro hac vice*)

*Attorneys for Plaintiffs*