BROWN, NERI, SMITH & KHAN LLP
Nathan M. Smith (SBN 255212)
Nona Yegazarian (SB 316458)
11601 Wilshire Blvd, Suite 2080
Los Angeles, CA 90025
T. 310.593.9890; F. 310.593.9980
nate@bnsklaw.com; nona@bnsklaw.com

E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5999; F. 612.584.4470
emdrake@bm.net; jhashmall@bm.net

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
D. Greg Blankinship (*pro hac vice*)
445 Hamilton Ave, Suite 605
White Plains, NY 10601
T. 914.298.3290
gblankship@fbfglaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YOUNG, and DAN DOLAR, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>MOPHIE, INC.,<br><br>Defendant. | Case No. 8:19-cv-00827-JVS-DFM<br><br>**PLAINTIFFS' L.R. 7-8 NOTICE OF REQUEST TO CROSS-EXAMINE TAYLOR SMITH**<br><br>Hearing Date: September 16, 2019<br>Time: 1:30 PM<br>Location: Courtroom 10C, Santa Ana<br>Judge: Hon. James V. Selna<br><br>Deposition Date: August 22, 2019<br>Time: 9:30 AM<br>Location: Brown, Neri, Smith & Khan, LLP<br><br>Complaint served:  May 8, 2019 |

PLEASE TAKE NOTICE, that pursuant to L.R. 7-8, Plaintiffs Michael Young and Dan Dolar ("Plaintiffs") hereby request to cross-examine Declarant Taylor Smith, who is not beyond the subpoena power of the Court, in connection with the Declaration filed by Smith in support of Defendant's Motion to Dismiss (ECF No. 32). Plaintiffs specifically seek to cross-examine the Declarant by deposition, noticed for August 22, 2019, beginning at 9:30 AM, at the offices of Brown, Neri, Smith & Khan, LLP, 11601 Wilshire Blvd, Suite 2080, Los Angeles, CA 90025, with the transcript to be lodged with the Court no later than five (5) days prior to the hearing on Defendant's Motion to Dismiss, set for September 16, 2019.

Dated: August 5, 2019

BERGER MONTAGUE PC

By: /s/Joseph C. Hashmall

Joseph C. Hashmall (*pro hac vice*)

*Attorneys for Plaintiffs*