1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MICHAEL YOUNG, and DAN DOLAR, individually and on behalf of other similarly situated individuals, | Case No. 8:19-cv-00827-JVS-DFM |
| | **ORDER** |
| Plaintiffs, | |
| v. | Deposition Date: August 22, 2019<br>Time: 9:30 AM<br>Location: Brown, Neri, Smith & Khan, LLP |
| MOPHIE, INC., | |
| Defendant. | Complaint served:  May 8, 2019 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    The Court has considered Plaintiffs' Notice of Request to Cross-Examine Declarant Taylor Smith in connection with Smith's Declaration filed in support of Defendant's Motion to Dismiss (ECF No. 32) and any objections filed by the Defendant, and the Court finds good cause to grant Plaintiffs' Request.

    IT IS HEREBY ORDERED that Plaintiffs shall cross-examine Declarant by deposition, on August 22, 2019, beginning at 9:30 AM, at the office of Brown, Neri, Smith & Khan, LLP, 11601 Wilshire Blvd., Suite 2080, Los Angeles, CA 90025, with the transcript to be lodged with the Court no later than five (5) days prior to the hearing on Defendant's Motion to Dismiss on September 16, 2019.

**IT IS SO ORDERED.**

Date:  August 08, 2019

                  Hon. James V. Selna
                  U.S. District Judge

[PROPOSED] ORDER