# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| MICHAEL YOUNG, and DAN DOLAR, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MOPHIE, INC.,<br><br>Defendant. | Case No.: SACV 19-00827-JVS (DFM)<br><br>**ORDER** |

IT IS HEREBY ORDERED that plaintiffs Michael Young and Dan Dolar and defendant Mophie, Inc.'s (collectively, the "Parties") request for an adjournment of the court proceeding on the Motion to Bifurcate Discovery (Dkt. No. 67) is GRANTED.

The hearing on the motions is now adjourned to December 30, 2019 or January 6, 2020.

IT IS SO ORDERED.

DATE: December 17, 2019

                                                    The Hon. James V. Selna
                                                      U.S. District Judge