1  FINKELSTEIN, BLANKINSHIP, FREI-
   PEARSON & GARBER, LLP
2  D. Greg Blankinship (*pro hac vice*)
   One North Broadway, Suite 900
3  White Plains, NY 10601
   T.914.298.3290 F. 914.522.5561
4  gblankinship@fbfglaw.com

5  BROWN, NERI, SMITH & KHAN LLP
   Nathan M. Smith (SBN 255212)
6  Nona Yegazarian (SB 316458)
   11601 Wilshire Blvd, Suite 2080
7  Los Angeles, CA 90025
   T. 310.593.9890; F. 310.593.9980
8  nate@bnsklaw.com;
   nona@bnsklaw.com
9
   BERGER MONTAGUE PC
10 E. Michelle Drake (*pro hac vice*)
   Joseph C. Hashmall (*pro hac vice*)
11 43 SE Main Street, Suite 505
   Minneapolis, MN 55414
12 T. 612.594.5999; F. 612.584.4470
   emdrake@bm.net; jhashmall@bm.net
13

14 *Attorneys for Plaintiffs*

15              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  MICHAEL YOUNG and DAN DOLAR, individually and on behalf of other similarly situated individuals, | Case No. 8:19-CV-00827-JVS-DFM |
| 18 | **CLASS ACTION** |
| 19                    Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLMENT, ATTORNEYS' FEES AND EXPENSES, AND SERVICE AWARDS** |
| 20      v. | |
| 21  MOPHIE, INC., | |
| 22                    Defendant. | Hon. James V. Selna |
| 23 | Complaint Filed: May 2, 2019 |
| 24 | Hearing Date: October 19, 2020 |

25 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS**

26 **ACTION:**

27       **PLEASE TAKE NOTICE:** that on October 19, 2020, at 1:30 P.M., or as

28 soon thereafter as this matter may be tentatively heard by and before the Honorable

1  James V. Selna in Courtroom 10C of the United States District Court for the

2  Central District of California,  Southern Division located at 411 West Fourth Street,

3  Santa Ana, California,  Plaintiffs Michael Young and Dan Dolar ("Plaintiffs")

4  hereby move this Court to grant their Unopposed Motion For Approval of

5  Settlement, pursuant to Federal Rule of Civil Procedure 23.  This motion is

6  unopposed.

7        This Motion asks the Court to certify for settlement purposes only a Rule

8  23(b)(2) class, appoint Plaintiffs and their Counsel as Class Representatives and

9  Class Counsel respectively, approve the proposed Settlement, and approve

10  Plaintiffs' request for Service Awards, Attorneys' Fees, and Costs.  This Motion is

11  based upon this Notice of Motion and Motion, the Memorandum of Points and

12  Authorities filed herewith and the Declarations of D. Greg Blankinship, E. Michelle

13  Drake, and Nathan Smith.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  October 1, 2020                    By:   /s/ *D. Greg Blankinship*
                                                   D. Greg Blankinship

FINKELSTEIN, BLANKINSHIP, FREI-
PEARSON & GARBER, LLP
D. Greg Blankinship (pro hac vice)
One North Broadway, Suite 900
White Plains, NY 10601
T.914.298.3290 F. 914.522.5561
gblankinship@fbfglaw.com

BROWN, NERI, SMITH & KHAN LLP
Nathan M. Smith (SBN 255212)
Nona Yegazarian (SB 316458)
11601 Wilshire Blvd, Suite 2080
Los Angeles, CA 90025
T. 310.593.9890; F. 310.593.9980
nate@bnsklaw.com; nona@bnsklaw.com

BERGER MONTAGUE PC
E. Michelle Drake (pro hac vice)
Joseph C. Hashmall (pro hac vice)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5999; F. 612.584.4470
emdrake@bm.net; jhashmall@bm.net

NOTICE OF MOT. AND MOT. FOR FINAL APPR., ATTY FEES, SERVICE AWARDS; MPA ISO THEREOF