UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-827 JVS (DFMx)  Date  November 5, 2020

Title  **Michael Young v. Mophie, Inc.**

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| D Greg Blankinship | Daniel Livingston |
| Nathan Smith | David Tufts |

**Proceedings:** **Zoom Video Conference: Motion for Final Approval of Class Action Settlement, Attorneys' Fees and Expenses and Service Awards [90]**

    Cause is called for hearing via video conference. The tentative ruling was previously issued. Court and counsel confer. Motion is GRANTED. Counsel to submit a proposed order.

                                                                                                              :    10

Initials of Preparer    lmb